UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEAN DONNELLY,

    Plaintiff,

v.

                             CASE NO. 8:26-cv-00328-SDM-NHA

ALLSTATE INSURANCE COMPANY,

    Defendant,

_____/

## ORDER

Alleging breach of contract, Sean Donnelly sues (Doc. 1-2) Allstate Insurance Company, which moves (Doc. 7) to dismiss the claim as untimely. An earlier order (Doc. 15) observes that "[o]n the present record, the claim appears untimely" but denies without prejudice the motion to dismiss because "the plaintiff disputes the authenticity of the denial letter and because the applicable limitation depends on the date of the mailing of the letter." In response to the order's instruction to "file a joint status report addressing the authenticity of the denial letter," the parties stipulate (Doc. 16) to the authenticity both of the denial letter and of an email attaching the denial letter. (The email accompanies the stipulation but not the motion to dismiss.)

For the reasons stated in the earlier order (Doc. 15) and because the stipulation resolves the sole disputed issue of fact, the motion (Doc. 7) to dismiss is **GRANTED**. Because no amendment can cure the untimeliness of the

claim, the action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

ORDERED in Tampa, Florida, on July 6, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -